UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
A.S.C., :
:
Petitioner, :
-v- : 26-CV-1809
: **ORDER**
RAUL MALDONADO Jr., *in his official capacity* :
*as Warden of the Metropolitan Detention Center*; :
KENNETH GENALO, *in his official capacity as* :
*Field Office Director of New York, Immigration* :
*and Customs Enforcement*; TODD LYONS, *in his* :
*official capacity as Acting Director U.S.* :
*Immigration and Customs Enforcement*; :
MARKWAYNE MULLIN, *in his official capacity* :
*as Secretary of Homeland Security*; and PAM :
BONDI, *in her official capacity as Attorney* :
*General*, :
:
Respondents. :
:
-------------------------------------------------------------------X

**NINA R. MORRISON**, United States District Judge:

This case has been assigned to the undersigned for all purposes.

*First,* **counsel for Respondents shall promptly enter an appearance on the Electronic Case Filing System** to ensure timely receipt and compliance with all filings and court orders as the case proceeds.

*Second,* it is hereby ordered that all parties appear for a conference in Courtroom 6E North on Friday, April 3, 2026 at 1:00 PM. Respondents shall coordinate with Immigration and Customs Enforcement to **ensure that Petitioner is produced to the courthouse for the conference**, and shall inform the Court's deputy if any court orders are necessary in that regard.

1

*Third*, Respondents shall submit a letter by Monday, March 30, 2026 at 9:00 AM indicating whether the conference is necessary. In the letter, Respondents should address:

(1) Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;

(2) the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

(3) whether there is any basis to distinguish the asserted grounds for detention in this case from this Court's decision in *Hyppolite v. Noem*, No. 25-CV-4304 (NRM), 2025 WL 2829511 (E.D.N.Y. Oct. 6, 2025), or from any other prior decisions issued by the undersigned in this area of law. If there is no basis to distinguish this Petition from the Court's analysis in *Hyppolite* or another decision of this Court, the submission may take the form of a letter so stating, and indicating whether Respondents oppose issuance of the writ, subject to preservation of Respondents' arguments for appeal;

(4) a copy of any final order of removal for this Petitioner; and

(5) information regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings concerning this Petitioner.

If Respondents take the position that the outcome of this Petition is materially distinguishable from a prior decision of this Court, Respondents are further ordered to show cause in writing no later than Wednesday, April 1, 2026 at 9:00 AM as to why

2

the Petition should not be granted.  In their submission, Respondents shall affirm that they have provided the Court with all facts material to Petitioner's claims and Respondents' opposition to the Petition, and shall attach as exhibits all records related to those facts.  Petitioner may reply by Friday, April 3, 2026 at 9:00 AM.  The Court will then hear argument on the Petition, if necessary, at the conference on April 3, 2026 at 1:00 PM in Courtroom 6E North.

**SO ORDERED.**

Dated:  March 27, 2026            */s/ Nina R. Morrison*
        Brooklyn, New York          Nina R. Morrison
                                      United States District Judge